UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MARK JAMES WILSON, | Case No. 6:24-cv-00492-MTK |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| JOSHUA HIGHBERGER, Superintendent, OSCI, | |
| Respondent. | |

KASUBHAI, District Judge.

Petitioner brought this habeas corpus Petition pursuant to 28 U.S.C. § 2254 and challenged "prison term decisions" of the Oregon Board of Parole and Post-Prison Supervision on grounds that the Board violated his federal constitutional rights. *See* Pet. at 5-6 (ECF No. 2).

On January 9, 2025, Petitioner was released from custody to community supervision and Respondent now moves to dismiss the Petition on grounds of mootness. Respondent argues that Petitioner's release from custody renders his Petition moot because this Court can no longer provide any effective relief for the alleged violation of his rights. Petitioner concedes that his Petition is now moot.

1	- ORDER OF DISMISSAL

Upon Petitioner's release, there is no injury that can be redressed by a favorable decision of this Court. *See Burnett v. Lampert,* 432 F.3d 996, 999-1001 (9th Cir. 2005). Accordingly, Respondent's Motion to Dismiss (ECF No. 21) is GRANTED and this action is DISMISSED as moot.

IT IS SO ORDERED.

DATED this 14th day of February 2025.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge